**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
JOHN HAUBRICH, JR., SB# 228341
  E-Mail: jhaubrich@lbbslaw.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile:  714.850.1030

Attorneys for Defendant RAYTHEON TECHNICAL SERVICES COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STEPHEN M. CANAS, | CASE NO. 10-CV-01432-R |
| Plaintiff, | Assigned to: Judge Manuel L. Real |
| vs. | **JUDGMENT** |
| RAYTHEON TECHNICAL SERVICES COMPANY, LLC, a subsidiary of RAYTHEON COMPANY, William H. Swanson, Marcus Rollins, Benhard Hill, Lynn Brooks, Gerald Gasparini, Marcus Bunnet, 1-50 as amended, | |
| Defendants. | Trial Date:    None Set |

On June 11, 2013, Defendant RAYTHEON TECHNICAL SERVICES COMPANY, LLC's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was ruled on by the Honorable Manuel L. Real.

After full consideration of the moving and responding papers and all supporting papers, it appears and the Court finds that Defendant has shown that Plaintiff is unable to cure the deficiencies in his Complaint because Plaintiff is unable to state facts with which to support his claims for relief and the Court orders the following judgment:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant's Motion to Dismiss is granted in its entirety in favor of all Defendants for the reasons set forth in the Court's "ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT" dated and filed June 11, 2013 and Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. Costs are to be awarded to Defendants pursuant to Rule 54 of the Federal Rules of Civil Procedure in the amount to be determined by application to the Clerk of the Court.

2. Judgment is hereby entered in favor of Defendants and against Plaintiff on all of the claims, causes of action, and damages alleged in this lawsuit and the entire action is dismissed with prejudice on the merits.

3. Plaintiff shall take nothing by this suit. Defendants are deemed to be the prevailing party for all purposes.

DATED: June 26, 2013

_____
The Honorable Manuel L. Real